IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN JOHNSTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3040 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, HAROLD W. CLARKE, ROBERT P. HOUSTON, MICHAEL L. KENNEY, RICHARD D. CRUICKSHANK, MARIO PEART, RANDY CROSBY, CALVIN HAYWOOD, JOHN CASEBOLT, and RANDY T. KOHL, | ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Plaintiff's Motion for Enlargement of Time. (Filing No. 47). The Plaintiff asks this court for a four day extension of time to respond to the Defendants' Motion and Brief to Dismiss. The Motion is granted.

IT IS ORDERED:

1. That the Plaintiff shall file a response to the Defendant's Motion to Dismiss by July 2, 2007;

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to the Plaintiff at his last known address.

DATED this 29th day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge